Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, NY 10022
212-983-0900
Attorneys for Plaintiff
By:  Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANASTASIA INTERNATIONAL, INC.,                      No.

                                Plaintiff,          Rule 7.1 Disclosure

          – against –

A FOREIGN AFFAIR, LLC and WORLD WIDE
DATA LINK, INC.,
                                Defendants.
-----------------------------------------------------------------X

          Plaintiff Anastasia International, Inc., by its undersigned attorneys, discloses that it has

no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated:  December 13, 2011

                              YESKOO HOGAN & TAMLYN, LLP
                              Attorneys for Plaintiff
                              909 Third Avenue, 28th Floor
                              New York, New York 10023
                              212-983-0900

                              By:  ___s/_____
                                    Richard C. Yeskoo