# RETURN OF SERVICE

| State of New York | County of | United States District Court |

Index Number: 11 CIV 9091
Date Filed: _____

**Plaintiff:**
**Anastasia International Inc.**

vs.

**Defendant:**
**A Foreign Affair, LLC and World Wide Data Link, Inc.**

For:
Col. John T's Process and Legal Support
4132 N. 12th Street
Phoenix, AZ  85014

Received by COL. JOHN T's Process and Legal Support on the 15th day of December, 2011 at 12:42 pm to be served on **A Foreign Affair, LLC, 3030 N. Central Ave., #604, Phoenix, AZ 85012**.

I, Karla Tavernaro, do hereby affirm that on the **19th day of December, 2011** at **1:49 pm**, I:

served  **A Foreign Affair, LLC** by delivering a true copy of the **Summons, Complaint, Individual Rules of Practice of Judge Rakaoff and Rule 7.1 Statement** to: **Bud Patterson, Vice President, at the address of 7227 N. 16th St., Ste. 240, Phoenix, AZ.**

**Description** of Person Served:  Age: 40,  Sex: M,  Race/Skin Color: Cauc, Height: 5'9", Weight: 190, Hair: -, Glasses: -

**Service Fee Items:**
| | |
|---|---|
| Service Fee (Local) | $42.00 |
| Certificate Preparation | $8.00 |
| Total | $50.00 |

THE UNDERSIGNED is a Certified Process Server and a Registered Officer of Superior Court and, as such, is fully authorized to serve process under the laws of the state of Arizona.  The undersigned stated this authorization to the party served and also stated the nature of the papers being served.  I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Karla Tavernaro*
**Karla Tavernaro**
Maricopa County #7537

**COL. JOHN T's Process and Legal Support**
4132 N. 12th St.
Phoenix, AZ  85014
(602) 230-1540

Our Job Serial Number: 2011000799

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a