USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/12

Rakoff J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANASTASICA INTERNATIONAL, INC.

                Plaintiff,

     - against -

A FOREIGN AFFAIR, LLC and
WORLD WIDE DATA LINK, INC.,

                Defendants.
-----------------------------------------------------------x

11-Civ-9091 (JSR)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that the time for defendants A Foreign Affair, LLC and World Wide Data Link, Inc. to answer, move or otherwise respond to the Complaint in this matter is hereby extended through and including February 28, 2012.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts or by facsimile signatures, and that each shall be deemed an original.

Dated: New York, New York
        January 24, 2012

YESKOO HOGAN & TAMLYN, LLP

By: _____
    Richard C. Yeskoo

909 Third Avenue, 28th Floor
New York, New York 10022
Tel.: (212) 983-0900

*Attorneys for Plaintiff*

STORCH AMINI & MUNVES PC

By: _____
    Steven G. Storch (SS-5241)
    Brittany Nilson (BN-4949)
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Tel.: (212) 490-4100

*Attorneys for Defendants*

SO ORDERED

_____
Jed S. Rakoff, U.S.D.J.

1-30-12